UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

APR 24 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

MICHELLE MELANIA SHAWANDA )
KENNEDY PRICE OBAMA TRUMP, )
)
       Plaintiff, )
)
v. )      Civil Action No.: 1:18-cv-00621-UNA
)
)
JAMES BROWN. )
)
       Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Plaintiff, who lists her name as "Michelle Melania Shawanda Kennedy Price Obama Trump," has submitted a complaint against a "James Brown" from Housing and Urban Development (*See* Compl. at pg. 1). The actual identity and residency of the plaintiff is unclear given the name provided in the caption and throughout the complaint, and the lack of home of address provided. Plaintiff merely lists the address of the White House as the forwarding address. (*See* Compl. at pgs. 1, 2, 3, 4).

Plaintiff attempts to raise claims against unknown individuals at Housing and Urban Development, and provides rambling unconnected statements regarding "American Firearm Tobacco Safety Laws," Homeland Security, the United States Department of Health, the U.S. Psychiatry Board, CNN News, and various states and countries. (*See* Compl. at pgs. 1, 2, 4, 5, 6, 7, 8). Plaintiff claims to be a doctor, veteran, scientist, meteorologist, and describes being an inventor of various products. (*See* Compl. at pg. 7). However, the cause of action and any relief sought is unknown. Plaintiff also seeks an electrical wheelchair, though the circumstances are completely ambiguous. (*See* Compl. at pgs. 2, 5).

Plaintiff also seems to be requesting a housing voucher to live in the White House because, as the plaintiff states several times throughout the complaint, she claims to be: Surgeon General, Superior Supreme Court Judge, the head of the federal government, and the federal government itself (*See* Compl. at pgs. 1, 5).

The random statements comprising the prolix complaint fail to provide any notice of a claim and any basis of federal court jurisdiction. To the extent that plaintiff is seeking an Therefore, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

Date: 4/24/18

_____
United States District Judge